DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00346-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




TEXAS DEPARTMENT OF

PUBLIC SAFETY,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW OF


BRENT THOMAS FEHNER,

APPELLEE
§
 PANOLA COUNTY, TEXAS






 MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss its appeal, and all other parties to the appeal have
been given notice of the filing of this motion. Because Appellant has met the requirements of Tex.
R. App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed. 


Opinion delivered December 23, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.









(PUBLISH)